**O**

# United States District Court
# Central District of California

| | |
|---|---|
| DONNA MICHELLE ACEVEDO; J.M., a minor child through his guardian ad litem MICHELLAY DONNALI VENTURA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF ANAHEIM; KELLY PHILLIPS; TRANG PHAM; DANIEL LAMBAREN; DOES 1–10,<br><br>    Defendants. | Case № 8:14-cv-01147-ODW(MANx)<br><br>**ORDER GRANTING PETITION OF MICHELLAY DONNALI VENTURA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR J.M., A MINOR [3]** |

  On July 23, 2014, Plaintiffs Donna Michelle Acevedo and J.M., a minor, filed this action against Defendants City of Anaheim, Kelly Phillips, Trang Pham, and Daniel Lambaren arising out the death of Joel Mathew Acevedo. Concurrently, Michellay Donnali Ventura filed this Petition for Appointment as Guardian Ad Litem for J.M. (ECF No. 3.)

  Federal Rule of Civil Procedure 17(c) provides that the "court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action."

Ventura is J.M.'s mother. (ECF No. 3, ¶ 1.) She indicates that she has no interest potentially adverse to J.M. (*Id.* ¶ 3.) The Court finds that Ventura may properly serve as J.M.'s guardian ad litem for purposes of bringing this action. The Court accordingly **GRANTS** the Petition for Appointment. (ECF No. 3.)

**IT IS SO ORDERED.**

July 23, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**