# United States District Court
# Central District of California

| | |
|---|---|
| DONNA MICHELLE ACEVEDO; and J.M., a minor child, through his guardian MICHELLAY DONNALI VENTURA,<br><br>              Plaintiffs,<br>     v.<br>CITYOF ANAHEIM; KELLY PHILLIPS; TRANG PHAM; DANIEL LAMBAREN; and DOES 1–10, inclusive,<br>              Defendants. | Case No. 8:14-cv-01147-ODW(E)<br><br>**ORDER TO SHOW CAUSE RE: JUDGMENT** |

1  On January 6, 2016, this Court granted Defendants' Motion for Summary
2  Judgment in its entirety. (ECF No. 46.) The Court now asks for Defendants to submit
3  a proposed Judgment Order for the Court's review. Defendants are to submit this
4  proposed order by January 21, 2016. No hearing will be held.

**IT IS SO ORDERED.**

January 6, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**