1 | MICHAEL R.W. HOUSTON, CITY ATTORNEY
2 | MOSES W. JOHNSON, IV (SBN 118769)
    ASSISTANT CITY ATTORNEY
    E-mail: mjohnson@anaheim.net
3 | 200 S. Anaheim Boulevard, Suite 356
    Anaheim, California 92805
4 | Tel: (714) 765-5169 Fax: (714) 765-5123

5 | Attorneys for Defendants CITY OF ANAHEIM,
    KELLY PHILLIPS, TRANG PHAM and DANIEL
6 | LAMBAREN

CASE CLOSED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MICHELLE ACEVEDO; and J.M., a minor child, through his guardian MICHELLAY DONNALI VENTURA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, a California municipal corporation; KELLY PHILLIPS, TRANG PHAM; DANIEL LAMBAREN, and DOES 1 to 10,,<br><br>Defendants. | Case No.: SACV 14-01147-ODW (Ex)<br><br>[~~PROPOSED~~] JUDGMENT<br>[ECF Nos. 46, 47]<br><br>Date: January 4, 2016<br>Time: 1:30 p.m.<br>Ctrm: 11<br><br>Action Filed: July 23, 2014<br>Pretrial Conf: January 25, 2016<br>Trial Date: February 16, 2016 |

Case No. SACV 14-01147 ODW (Ex)

1  This action was set for hearing before the Court on January 4, 2016,
2  Hon. Otis D. Wright, II, District Judge, presiding, on Defendants' Motion for
3  Summary Judgment, and the evidence presented having been fully considered,
4  the issues having been duly considered and a decision having been duly rendered
5  on January 6, 2016, granting Defendants' motion in its entirety [ECF No. 46];
6      IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that
7  the action be dismissed on the merits and that Defendants, CITY OF ANAHEIM,
8  KELLY PHILLIPS, TRANG PHAM and DANIEL LAMBAREN, recover their
9  costs.
10 Dated: January  8 , 2016

By: _____
Honorable Otis D. Wright, II
United States District Judge

114477v1